IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Case Nos.3: 99-CR-00239-004(JAF)
3:99-CR-00369-001(JAF)

vs.

RICHARD LOPEZ-RODRIGUEZ

*******************************

MOTION REQUESTING MODIFICATION
OF THE SUPERVISED RELEASE CONDITIONS

TO THE HONORABLE JOSE A. FUSTE
CHIEF, U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, DESIREE REYES-CALDERON, U.S. PROBATION OFFICER** of this Honorable Court**,** requesting a modification of conditions of Richard López-Rodríguez, who was sentenced on July 31, 2000 to sixty (60) months of imprisonment to be followed by a three (3) year term of supervised release, after he plead guilty of violating Title 18 U.S.C. § 1956(h) and 982 and Title 21 & 846. Among the specials conditions imposed, the offender was ordered to participate in a substance abuse treatment program if any drug test sample detected substance abuse and to provide access to any financial information upon request.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. López-Rodríguez has agreed to have his conditions modified to include search and seizure. Probation Form 49, Waiver for Modification of Conditions to include search and seizure, was signed by Mr. López-Rodríguez.

**WHEREFORE**, in view of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Richard López-Rodríguez' conditions of supervised release to include search and seizure.

In San Juan, Puerto Rico, this 25th day of October 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Desirée Reyes-Calderón
Desirée Reyes-Calderón
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
Tel.(787) 771-1401
Fax. (787) 281-4928
Desiree_Reyes@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on, October 25, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the following: Robert Knief, U.S. Attorney and Rafael Anglada-López, Defense Counsel.

At San Juan, Puerto Rico this 25th day of October 2006.

                                                                s/Desirée Reyes-Calderón
                                                                U.S. Probation Officer
                                                                150 Carlos Chardón Avenue
                                                                Federal Office Building, Room 400
                                                                San Juan, PR 00918
                                                                (787) 771-3629
                                                                (787) 771-4063
                                                                Desiree_Reyes@prp.uscourts.gov