IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

                                                                         Case Nos. 3: 99-CR-00239-004(JAF)

                                                                                 3:99-CR-00369-001(JAF)

**vs.**

**RICHARD LOPEZ-RODRIGUEZ**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION REQUESTING MODIFICATION
OF THE SUPERVISED RELEASE CONDITIONS

**TO THE HONORABLE JOSE A. FUSTE**
**CHIEF, U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

      **COMES NOW, DESIREE REYES-CALDERON, U.S. PROBATION OFFICER** of this Honorable Court**,** presenting an official report upon the conduct and attitude of Richard López-Rodríguez, who was sentenced on July 31, 2000, to serve a sixty (60) months imprisonment term to be followed by a three (3) year term of supervised release, after he plead guilty of violating Title 18 U.S.C. § 1956(h) and 982 and Title 21 & 846.  Among the specials conditions imposed, the offender was ordered to refrain from the use of any controlled substance and to submit to drug testing.  If any sample detected substance abuse the offender would be referred to treatment. In addition the offender was also ordered to provide access to any financial information upon request.

On July 5, 2007, during a random urinalysis test, the offender yielded positive to cocaine. As a result, the same day the offender was placed in the Phase I of the Drug Monitoring Phone Code Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During an interview with the offender, he expressed his desire to receive mental health counseling since he has personal issues to address. Mr. López-Rodríguez voluntarily has agreed to have his conditions modified to include mental health treatment. The Probation Form 49, Waiver for Modification of Conditions to include mental health treatment, was signed by Mr. López-Rodríguez.

**WHEREFORE**, in view of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Richard López-Rodríguez' conditions of supervised release to include mental health.

In San Juan, Puerto Rico, this 17th day of July 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Desirée Reyes-Calderón
Desirée Reyes-Calderón
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
Tel.(787) 771-1401
Fax. (787) 281-4928
Desiree_Reyes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on, July 17, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the following: Robert Knief, U.S. Attorney and Rafael Anglada-López, Defense Counsel.

At San Juan, Puerto Rico this 17th day of July 2007.

                                               s/Desirée Reyes-Calderón
                                               U.S. Probation Officer
                                               150 Carlos Chardón Avenue
                                               Federal Office Building, Room 400
                                               San Juan, PR 00918
                                               (787) 771-3629
                                               (787) 771-4063
                                               Desiree_Reyes@prp.uscourts.gov