IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>RICHARD LOPEZ-RODRIGUEZ,<br>    Defendant | CRIMINAL NO.  99-239 (JAF) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by **Mr. Richard López-Rodríguez**, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the JUDGMENT entered against him on August 13, 2008, entered on Docket on August 15, 2008, before Hon. José A. Fusté, United States District Judge for the District Court of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of August, 2008.

> **JOSEPH C. LAWS, JR.**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> S/Melanie Carrillo-Jimenez
> MELANIE CARRILLO-JIMENEZ
> Assistant Federal Public Defender
> USDC-PR   225107
> 241 F.D. Roosevelt Avenue
> San Juan, PR  00918-2441
> Phone No. (787) 281-4922
> Melanie_Carrillo@fd.org

USA v. RICHARD LOPEZ-RODRIGUEZ                                                                Page 2
Criminal No. 99-239 (JAF)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 1st day of July, 2008.

                                          JOSEPH C. LAWS, JR.
                                          **Federal Public Defender**
                                          **District of Puerto Rico**

                                            S/Melanie Carrillo-Jimenez
                                          MELANIE CARRILLO-JIMENEZ
                                          Assistant Federal Public Defender
                                          USDC-PR  225107
                                          241 F.D. Roosevelt Avenue
                                          San Juan, PR  00918-2441
                                          Phone No. (787) 281-4922
                                          Melanie_Carrillo@fd.org