IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RICHARD LOPEZ-RODRIGUEZ,<br>Defendant | CRIMINAL NO.   99-239 (JAF) |

**AMENDED  NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by **Mr. Richard López-Rodríguez**, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the JUDGMENT entered against him on August 13, 2008, entered on Docket on August 15, 2008, before Hon. José A. Fusté, United States District Judge for the District Court of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of August, 2008.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

S/Melanie Carrillo-Jimenez
MELANIE CARRILLO-JIMENEZ
Assistant Federal Public Defender
USDC-PR   225107
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No. (787) 281-4922
Melanie_Carrillo@fd.org

USA v.  Richard Lopez-Rodriguez                                                                                         Page 2
Criminal No. 99-239 (JAF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date  I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 27th day of August, 2008.

                                                JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

S/Melanie Carrillo-Jimenez
MELANIE CARRILLO-JIMENEZ
Assistant Federal Public Defender
USDC-PR   225107
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No. (787) 281-4922
Melanie_Carrillo@fd.org